PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jennelle Hibbert                                  Cr.: 12-00448-001
                                                                    PACTS #:56722

Name of Judicial Officer: Honorable Claire Cecchi

Date of Original Sentence: 11/30/10

Original Offense: Importation of Cocaine

Original Sentence: 12 months and 1 day imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                 Date Supervision Commenced: 01/24/12

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 26, 2012, offender tested positive for marijuana. She admitted to drug use and signed admission of drug use form. |

U.S. Probation Officer Action:

Jennelle Hibbert was referred for mental health and substance abuse outpatient treatment. The probation office will increase random drug testing and monitor compliance with treatment program. If her drug use continues, we will pursue additional alternatives for substance abuse testing and treatment if deemed necessary.

                                        Respectfully submitted,
                                        Carolee Ann Azzarello
                                        2012.12.04 13:50:41 -05'00'
                                        By: Elisa Martinez
                                             U.S. Probation Officer
                                        Date: 11/27/12

*The Court's endorsement of this petition will serve as a official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                        _____
                                        Signature of Judicial Officer

                                        _____
                                        Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

SUPERVISION UNIT
20 WASHINGTON PLACE
6th FLOOR
NEWARK, NJ
(973) 645-6161
FAX: (973) 645-2155

December 4, 2012

**Mailing Address:**
50 WALNUT STREET
ROOM 1001
P.O. BOX 459
NEWARK, NJ 07101-0459

www.njp.uscourts.gov

Honorable Claire Cecchi
United States District Court Judge
Martin Luther King Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07101

RE: Jennelle Amala Hibbert
Dkt# 12-00448-001
**Notice of Non-Complaince**

Dear Judge Cecchi:

On November 30, 2010, Jennelle Hibbert was sentenced by Honorable Nicolas G. Garaufis in the United States District Court, Eastern District of New York to 12 months and one day to be followed by three years supervised release for Importation of Cocaine. Hibbert was ordered to pay a $100 special assessment, and abide by the special conditions of drug testing and submit to DNA testing. Her term of supervised release commenced, in this District, on January 24, 2012, upon her release from Bureau of Prisons. On July 18, 2012, Your Honor accepted jurisdiction of the probationer.

As the enclosed petition attests, on October 26, 2012, Hibbert tested positive for the use of marijuana. Upon being confronted, she admitted to drug use and signed Admission of Drug Use Form.

The Probation Office does not believe this rises to the need of a court appearance at this time. Rather, we will increase drug testing and monitor the offender's compliance with mental health and substance abuse treatment scheduled to commence on December 5, 2012. If we find that this drug use is ongoing, we will notify Your Honor and recommend an alternate course of action.

Should the Court agree with our recommendation, we respectfully request that Your Honor review the enclosed forms and sign the Form 12A, which will also serve as an official reprimand from the Court. If Your Honor wishes to discuss this matter, please contact the undersigned probation officer at (973) 445-8519.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

Carolee Ann Azzarello
2012.12.04
13:49:34 -05'00'

By: Elisa Martinez
U.S. Probation Officer

/em
Enclosure